ORIGINAL

FILED

10/24/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: OP 23-0591

## IN THE SUPREME COURT OF THE STATE OF MONTANA

### OP 23-0591

RANDY WAYNE TEETS,

Petitioner,

v.

CAPTAIN JASON KOWALSKI,

Respondent.

FILED

OCT 2 4 2023

Bowen Greenwood
Clerk of Supreme Court
State of Montana

ORDER

Randy Wayne Teets petitions this Court for habeas corpus relief, requesting his immediate release from the Missoula County Detention Facility because he is "innocent of all charges . . . ." Teets alleges that he has been incarcerated for fourteen months and has had very little legal representation. He contends that his rights are being violated and that he has requested another attorney. He adds that he has not received all of his medication and that his bail is excessive. He that the judge "is maliciously prosecuting [him] in a case where there are no real true victims." Teets also requests financial restitution.

We secured a copy of the register of actions for Teets's pending criminal case in the Missoula County District Court. As Teets provides, his criminal case commenced in July 2022. Since that time the court has ordered an evaluation twice—first in December 2022 and again in September 2023. Teets has been assigned new counsel in his case.

Teets states that his bail is excessive, but he does not provide an amount. Montana's statute for habeas corpus relief provides that a court may inquire into the cause of restraint or incarceration to determine its illegality. Section 46-22-101(1), MCA. Teets has not demonstrated want of bail, pursuant to § 46-22-103, MCA, because the court presumably has imposed an amount for his pending case. Teets's pending criminal case is the cause of his incarceration.

Teets is not entitled to release. Teets is represented by counsel in his underlying proceeding. He should communicate with counsel his concerns about his medication and detention. He should refrain from filing pleadings on his own behalf with this Court when he is represented by counsel. M. R. App. P. 10(1)(c); *State v. Samples*, 2005 MT 210, ¶ 15, 328 Mont. 242, 119 P.3d 1191. He has the remedy of appealing any conviction and sentence to this Court after the District Court issues a final judgment.

Teets has not demonstrated illegal incarceration or detention. Section 46-22-101(1), MCA.

IT IS THEREFORE ORDERED that Teets's Petition for Writ of Habeas Corpus is DENIED and DISMISSED.

The Clerk is directed to provide a copy of this Order to: the Honorable John Larson, District Court Judge; Amy McGhee, Clerk of District Court, under Cause No. DC 22-0382, for distribution to counsel of record in the criminal case; Captain Kowalski, MCDF; counsel of record, and Randy Wayne Teets personally.

DATED this 24th day of October, 2023.

_____
Chief Justice

_____

_____

_____

_____
Justices

2